Case 04-21764    Doc 27    Filed 11/25/08    Entered 11/25/08 11:13:11    Desc    Page 1 of 2

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bevil, Annie

Printed: 11/25/08

Case Number: 04 B 21764
Judge: Wedoff, Eugene R
Filed: 6/7/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 7, 2008
Confirmed: August 12, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 18,480.00 |  |
| Secured: |  | 3,784.70 |
| Unsecured: |  | 10,516.53 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,410.00 |
| Trustee Fee: |  | 928.75 |
| Other Funds: |  | 840.02 |
| Totals: | 18,480.00 | 18,480.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Capital One | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 3,784.70 | 3,784.70 |
| 4. | ECast Settlement Corp | Unsecured | 533.45 | 594.47 |
| 5. | American General Finance | Unsecured | 555.38 | 618.91 |
| 6. | Resurgent Capital Services | Unsecured | 314.07 | 349.99 |
| 7. | Ford Motor Credit Corporation | Unsecured | 2,076.80 | 2,314.36 |
| 8. | ECast Settlement Corp | Unsecured | 1,387.29 | 1,545.98 |
| 9. | Capital One | Unsecured | 192.29 | 214.28 |
| 10. | Capital One | Unsecured | 599.41 | 667.98 |
| 11. | ECast Settlement Corp | Unsecured | 479.55 | 534.40 |
| 12. | Capital One | Unsecured | 66.50 | 74.11 |
| 13. | CitiFinancial Mortgage | Unsecured | 339.26 | 378.06 |
| 14. | ECast Settlement Corp | Unsecured | 1,160.18 | 1,292.89 |
| 15. | United States Dept Of Education | Unsecured | 1,732.88 | 1,931.10 |
| 16. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 17. | Citicorp Credit Services | Unsecured |  | No Claim Filed |
| 18. | Blatt Hasenmiller Leisker | Unsecured |  | No Claim Filed |
| 19. | La Redoute | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,631.76 | $ 16,711.23 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bevil, Annie

Printed: 11/25/08

Case Number:  04 B 21764
Judge:  Wedoff, Eugene R
Filed:  6/7/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 232.04 |
| 4% | 50.40 |
| 3% | 37.80 |
| 5.5% | 207.27 |
| 5% | 61.82 |
| 4.8% | 111.62 |
| 5.4% | 229.37 |
| 6.6% | (1.57) |
| | $ 928.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

